[No. 19665.  *En Banc.*  November 8, 1926.]

McKEIGHAN WACHTER COMPANY, *Appellant,* v. PETER SWANSON, *Respondent.*[1]

Appeal from a judgment of the superior court for Skamania county, entered December 23, 1924, upon findings in favor of the defendant, in an action to enjoin the breach of a contract not to compete in business. Affirmed.

*Zent & Lovell,* for appellant.
*Miller, Wilkinson & Miller,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the opinion heretofore filed herein and reported in 138 Wash. 682, 245 Pac. 10. The judgment is therefore affirmed.

---

[No. 19685.  *En Banc.*  November 10, 1926.]

A. W. JOHNSON, *as Administrator of the Estate of Henry C. Jones, Deceased, Respondent,* v. AUTO INTERURBAN COMPANY, *Appellant.*[2]

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered May 12, 1925, upon the verdict rendered in favor of the plaintiff, in an action for wrongful death. Reversed with directions to enter judgment for defendant.

*Anthony W. Dolphin* (*Poe, Falknor, Falknor & Emory* of counsel), for appellant.
*Paul H. Graves* and *Arnold L. Graves,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* the court adheres to the opinion heretofore filed herein, and reported in 139 Wash. 132, 245 Pac. 920.

Reversed with directions to enter a judgment for the appellant, dismissing the respondent's action.

[1]Reported in 250 Pac. 353.

[2]Reported in 250 Pac. 353.